# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA ALLEN, | CASE NO.: 3:14-CV-00469-RCJ-VPC |
| Plaintiff, | **ORDER** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#18[1]) entered on October 8, 2015, recommending that the Court grant Plaintiff's Motion to Remand (ECF #10) and deny Defendant's Cross-Motion to Affirm (ECF #14/15). Defendant filed Objections to the Magistrate Judge's Report and Recommendations (ECF #21) on November 23, 2015.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#18) entered on October 8, 2015, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's Motion for Remand (ECF #10) is GRANTED.

IT IS FURTHER ORDERED that the Defendant's Cross-Motion to Affirm (ECF #14/15) is DENIED.

IT IS FURTHER ORDERED that the Clerk of the Court shall remand this case to the ALJ, and close the case.

IT IS SO ORDERED this 3rd day of December, 2015.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.